1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9              Plaintiff,          CASE   NO.   CR23-169-KKE

10        v.                       **DETENTION ORDER**

11  CHRISTOPHER MOLLER,

12              Defendant.

13        The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17        Defendant is serving a state court prison sentence and stipulated to detention.

18        It is therefore **ORDERED**:

19        (1)    Defendant shall be detained pending trial and committed to the custody of the

20  Attorney General for confinement in a correctional facility separate, to the extent practicable,

21  from persons awaiting or serving sentences, or being held in custody pending appeal;

22        (2)    Defendant shall be afforded reasonable opportunity for private consultation with

23  counsel;

DETENTION ORDER - 1

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 13th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge